UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW PORWANCHER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-23-454-J |
| | ) |
| J. LOU PROPERTIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiffs Andrew Porwancher and Kristen Miller, each appear pro se, seek permission to access the Court's CM/ECF electronic filing system. [Doc. No. 2]. The motion is GRANTED with conditions.

Ms. Miller is an attorney with an active PACER account and she may use the following link to connect her individual PACER account with the United States District Court for the Western District of Oklahoma: https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf.[1]

However, because Ms. Miller does not represent Mr. Porwancher, she may not submit filings on his behalf.[2] Thus, Mr. Porwancher must secure his own PACER account before being allowed access to electronic filing. If he does so, he may follow the same link provided above without further request of the Court.

---

[1] If Plaintiff has any questions regarding linking accounts, she may call the Help Desk for the Court Clerk's Office at (405) 609-5555.

[2] If Ms. Miller were to act on Mr. Porwancher's behalf, she would be required to gain admittance to this Court and comply with all rules applicable to attorneys appearing before the Court.

IT IS SO ORDERED this 24th day of May, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE